IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION AT CLEVELAND

| | |
|---|---|
| **PATRICIA BANUS** | **CASE NO: 1:17-CV-02132** |
| Plaintiff, | **JUDGE JAMES S. GWIN** |
| v. | |
| **WHOLE FOODS MARKET GROUP, INC.** | **PLAINTIFF PATRICIA BANUS'S PRELIMINARY BUDGET OF ATTORNEY'S FEES AND EXPENSES** |
| Defendant. | |

Plaintiff's counsel's preliminary budget of Attorney's fees and costs for this matter pursuant to the Case Management Order.

Attorney's Fees

| | |
|---|---:|
| Preliminary Investigation & Filing the Complaint | $5,500 |
| Procedural Motion Practice | $55,000 |
| Discovery | $100,000 |
| Dispositive Motions Practice | $75,000 |
| Settlement Negotiations | $45,000 |
| Trial (including preparation) | $125,000 |
| **TOTAL** | **$405,500** |

\*These fees are for estimate purposes only and do not include the fees related to any Motions for Preliminary or Final Approval of any Class Settlement. Procedural Motion Practice fee includes Motion for Class Certification briefing.

Costs

| | |
|---|---:|
| Depositions | $40,000 |
| Witness Fees (including expert witnesses) | $85,000 |
| Other, i.e., copies, postage, overnight, exhibits | $5,000 |
| **TOTAL** | **$130,000** |

\*Deposition costs assume depositions of Defendant's Corporate Representatives may require multiple days or multiple depositions.

Respectfully submitted,

/s/ Brian D. Flick
Brian D. Flick (0081605)
Marc E. Dann (0039425)
DANNLAW
P.O. Box 6031040
Cleveland, OH 44103
(513) 645-3488
(216) 373-0536 e-fax
*notices@dannlaw.com*

Thomas A. Zimmerman, Jr.
*tom@attorneyzim.com*
ZIMMERMAN LAW OFFICES, P.C.
77 W. Washington Street, Suite 1220
Chicago, Illinois 60602
(312) 440-0020 telephone
(312) 440-4180 facsimile
*Pro Hac Vice Application to Be Submitted*

*Co-Counsel for Plaintiff and the Class*

## CERTIFICATE OF SERVICE

      I hereby certify that on December 18, 2017, a copy of the foregoing was served in accordance with Local Rules upon the following:

Daniel R. Warren
Lisa M. Ghannoum
Sam A. Camardo
Baker & Hostetler LLP
Key Tower
127 Public Square, Suite 2000
Cleveland, Ohio 44114

Ann Yackshaw (0090623)
Baker & Hostetler LLP
200 Civic Center Drive
Suite 1200
Columbus, Ohio 43215

*Counsel for Defendant*

                                                  /s/ Brian D. Flick
                                                  Brian D. Flick (0081605)
                                                  Marc E. Dann (0039425)
                                                  DANNLAW
                                                  *Co-Counsel for Plaintiff and the Class*