# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| Patricia Banus, individually and on behalf all others similarly situated, | Case No. 1:17-cv-02132-JG |
| Plaintiff, | Judge James S. Gwin |
| v. | Magistrate Judge William H. Baughman |
| Whole Foods Market Group, Inc., | |
| Defendant. | |

_____

## STIPULATION OF DISMISSAL WITH PREJUDICE
_____

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Patricia Banus and Defendant Whole Foods Market Group, Inc., by and through their respective counsel, hereby stipulate to the dismissal of this action in its entirety, with prejudice as to all of Plaintiff's individual claims and causes of action against Defendant, and without prejudice as to any alleged claims and causes of action of any and all putative class members.

| | |
|---|---|
| Dated:  February 22, 2018 | Respectfully submitted, |
| /s/ Marc Dann<br>Marc Dann (0039425)<br>Brian D. Flick (0081605)<br>Dann Law<br>P.O. Box 6031040<br>Cleveland, OH 44103<br>(216) 373-0539<br>(216) 373-0536 e-fax<br>*notices@dannlaw.com*<br><br>Thomas A. Zimmerman, Jr.<br>*tom@attorneyzim.com*<br>ZIMMERMAN LAW OFFICES, P.C.<br>77 W. Washington Street, Suite 1220<br>Chicago, Illinois 60602<br>(312) 440-0020 telephone<br>(312) 440-4180 facsimile<br>*Pro Hac Vice*<br><br>*Attorneys for Plaintiff*<br>*Patricia Banus* | /s/ Daniel R. Warren<br>Daniel R. Warren (54595)<br>dwarren@bakerlaw.com<br>Scott C. Holbrook (73110)<br>sholbrook@bakerlaw.com<br>Dante A. Marinucci (89402)<br>dmarinucci@bakerlaw.com<br>Baker & Hostetler LLP<br>Key Tower<br>127 Public Square, Suite 2000<br>Cleveland, Ohio 44114<br>Telephone:  216.621.0200<br>Facsimile:  216.696.0740<br><br>Ann Yackshaw (90623)<br>ayackshaw@bakerlaw.com<br>Baker & Hostetler LLP<br>200 Civic Center Drive, Suite 1200<br>Columbus, Ohio 43215<br>Telephone:  614.228.1451<br>Facsimile:  614.462.2616<br><br>*Attorneys for Whole Foods Market Group, Inc.* |

## CERTIFICATE OF SERVICE

I certify that on the 22nd day of February, 2018, the foregoing was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

<u>/s/ Marc E. Dann</u>
*Attorney for Plaintiff*