Stipulated dismissal approved 2/26/18.
s/ James S. Gwin
JAMES S. GWIN
UNITED STATES
DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Patricia Banus, individually and on behalf all others similarly situated, | ) ) ) | Case No. 1:17-cv-02132-JG |
| Plaintiff, | ) ) | Judge James S. Gwin |
| v. | ) ) | Magistrate Judge William H. Baughman |
| Whole Foods Market Group, Inc., | ) ) | |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Patricia Banus and Defendant Whole Foods Market Group, Inc., by and through their respective counsel, hereby stipulate to the dismissal of this action in its entirety, with prejudice as to all of Plaintiff's individual claims and causes of action against Defendant, and without prejudice as to any alleged claims and causes of action of any and all putative class members.